**Jose Daniel BEJARAN, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 06–73244.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 26, 2008.*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Filed March 13, 2008.

J. Oscar Shaw, Las Vegas, NV, for Petitioner.

Nicole N. Murley, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, Office of the District Counsel Department of Homeland Security, Ronald E. Lefevre, San Francisco, CA, NVL–District Counsel, Office of the District Counsel Department of Homeland Security, Las Vegas, NV, for Respondent.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Jose Daniel Bejaran, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from the Immigration Judge's ("IJ") order denying his motion to reopen removal proceedings based on ineffective assistance of counsel. We dismiss the petition for review.

Bejaran did not raise to the BIA his contention that the agency's failure to provide a transcript of proceedings, including the IJ's original decision, deprived him of due process, so we lack jurisdiction to consider this contention. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004) (holding that procedural due process challenges must be exhausted).

We also lack jurisdiction to review Bejaran's contentions regarding the BIA's August 31, 2006, 2006 WL 3203696, order because he did not petition for review of

that decision. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1258 (9th Cir.1996).

Petitioners remaining contentions are unpersuasive.

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

